Friday, July 01, 2011

Mr. David Leon Pratt II
Decker Jones McMackin McClane Hall & Bates
Burnett Plaza, Suite 2000
801 Cherry Street, Unit 46
Fort Worth, TX 76102

Mr. Jason C.N. Smith
Law Offices of Art Brender
600 Eighth Avenue
Fort Worth, TX 76104
Mr. Michael Alan Yanof
Stinnett Thiebaud & Remington, L.L.P.
1445 Ross Avenue, Suite 4800
Dallas, TX 75202-2701

RE: Case Number: 09-0497
 Court of Appeals Number: 02-08-00357-CV
 Trial Court Number: 96-228335-08

Style: TYLER SCORESBY, M.D.
 v.
 CATARINO SANTILLAN, INDIVIDUALLY AND AS NEXT FRIEND OF SAMUEL
 SANTILLAN, A MINOR

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. |
| |Wilder |